UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>——————————————<br><br>Related to ALL ACTIONS | MDL No. 1775<br><br>Master File No. 06-md-1775 JG-PPV |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that Matthew P. McCahill, counsel for plaintiffs, is now affiliated with the law firm of Kaplan Fox & Kilsheimer LLP, 850 3rd Avenue, 14th Floor, New York, New York, 10022; Phone: (212) 687-1980; Fax: (212) 687-7714; E-Mail Address: mmccahill@kaplanfox.com.

Dated: May 7, 2013                     **KAPLAN, FOX & KILSHEIMER LLP**

                                        By: */s/ Matthew P. McCahill*
                                        Matthew P. McCahill (MM-8984)

                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: May 7, 2013                                KAPLAN, FOX & KILSHEIMER LLP


                                                  By: */s/ Matthew P. McCahill*
                                                  Matthew P. McCahill (MM-8984)